***PARTY AND DOCKET INFORMATION NOT AVAILABLE FOR THIS CASE!***

```
        Case number:     A05-0038--MI
        Case status:     SEALED
 Presiding Judge:        John W. Sedwick, U.S. District Judge
Magistrate Judge:
        Case filed:      09/21/05
        Case closed:     NO
```

*PARTY AND DOCKET INFORMATION NOT AVAILABLE FOR THIS CASE!*

```
        Case number:     A05-0038--MI
        Case status:     SEALED
     Presiding Judge:    John W. Sedwick, U.S. District Judge
Magistrate Judge:
        Case filed:      09/21/05
        Case closed:     NO
```