
AUG 2·2·2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

WILLIAM M. WELCH, II
Chief, Public Integrity Section

NICHOLAS A. MARSH
EDWARD P. SULLIVAN
Trial Attorneys
Public Integrity Section
U.S. Department of Justice
1400 New York Ave. NW
Washington, D.C. 20005

JOSEPH W. BOTTINI
JAMES A. GOEKE
Assistant U. S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: joe.bottini@usdoj.gov
         james.goeke@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE LIMITED DISCLOSURE OF CERTAIN INTERCEPTED WIRE COMMUNICATIONS OCCURRING ON TELEPHONE FACILITIES (907) 242-4501 , (907) 276-2266, (907) 227-6116, AND (907) 223-4378** | No. 3:05-mc-00038-JWS <br><br> **<u>AFFIDAVIT IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING THE DISCLOSURE OF INTERCEPTED WIRE COMMUNICATIONS</u>** <br><br> **(FILED UNDER SEAL)** |

## AFFIDAVIT

MARY BETH KEPNER, having been duly sworn, deposes and states as follows:

## I.    INTRODUCTION

1.    I am a Special Agent of the Federal Bureau of Investigation ("FBI"), United States Department of Justice. I have been employed as a Special Agent of the FBI since 1991. From 2000 through 2006, I was assigned to the FBI Anchorage Division, Juneau Resident Agency, investigating violations of, among other statutes, (1) Conspiracy to Commit Extortion and Attempted Extortion under Color of Official Right, Bribery, and Honest Services Mail and Wire Fraud, in violation of 18 U.S.C. § 371; (2) Interference and Attempted Interference with Commerce by Extortion Induced under Color of Official Right, in violation of 18 U.S.C. § 1951(a); (3) Bribery Concerning Programs Receiving Federal Funds, in violation of 18 U.S.C. § 666(a)(1)(B); (4) Honest Services Wire Fraud, in violation of 18 U.S.C. §§ 1343, 1346; and, (5) Honest Services Mail Fraud, in violation of 18 U.S.C. § 1341, 1346. I transferred from the FBI Juneau Office to the FBI Anchorage Office on August 20, 2006, and I continue to investigate similar violations.

Case 3:05-mc-00038-SLG    Document 193    Filed 08/22/08    Page 2 of 6

2.      I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

3.      This affidavit is submitted in support of an application for an Order authorizing the disclosure of applications, orders authorizing interception, and certain intercepted wire communications of BILL J. ALLEN, RICHARD L. SMITH, and JOHN COWDERY relating to investigations of felony violations of federal law, including violations of:

> (1)    Conspiracy to Commit Bribery and Extortion under Color of Official Right, in violation of 18 U.S.C. § 371; and,
>
> (2)    Bribery Concerning Programs Receiving Federal Funds, in violation of 18 U.S.C. § 666(a)(1)(B) and § 2.

4.      I am familiar with the intercepted wire communications involving ALLEN, SMITH, and COWDERY. These wire communications were intercepted pursuant to a court order issued by Ralph R. Beistline of this court on September 21, 2005. Extensions of said order were issued on: October 21, 2005; November 18, 2005; December 21, 2005; January 19, 2006; February 17, 2006; March 18, 2006; April 17, 2006; May 17, 2006; June 16, 2006; July 14, 2006; July 28, 2006; and August 11, 2006. The order was terminated on September 7, 2006. The wire

Case 3:05-mc-00038-SLG     Document 193     Filed 08/22/08     Page 3 of 6

communications involving ALLEN, SMITH, and COWDERY were intercepted over the following facilities:

      (a)    the cellular telephone assigned telephone number (907) 242-4501, subscribed to by VECO Corporation ("VECO") with the user identified as RICK SMITH, 3601 C Street, Suite 1000, Anchorage, AK, 99503;

      (b)    the land line telephone facility assigned telephone number (907) 276-2266, subscribed to by VECO and utilized by BILL J. ALLEN and located at 1644 West 11th Street, Anchorage, Alaska;

      (c)    the cellular telephone assigned telephone number (907) 227-6116, subscribed to by VECO, 3601 C Street, Suite 1000, Anchorage, Alaska with the user identified as BILL J. ALLEN; and,

      (d)    the cellular telephone assigned telephone number (907) 223-4378, subscribed to by STEVENS & ASSOCIATES, with the user identified as BEN A. STEVENS, P.O. Box 102711, Anchorage, Alaska.

Case 3:05-mc-00038-SLG    Document 193    Filed 08/22/08    Page 4 of 6

5. The magneto-optical disk containing digital recordings of the intercepted wire communications referenced herein were last sealed pursuant to order of the court on September 8, 2006, and have remained sealed since that time.

6. Disclosure of the applications, orders authorizing interception, and certain intercepted wire communications discussed herein is sought in connection with the ongoing criminal proceedings in <u>United States v. John Cowdery</u>, 3:08-cr-00072-RRB (currently set for trial on October 6, 2008). I have been advised that ALLEN and SMITH may testify as government witnesses at trial in the aforementioned case. Therefore, the wire communications intercepted pursuant to the orders described above in paragraph 4, concerning ALLEN and SMITH, constitute prior statements that relate to the subject matter of each witness' expected testimony and must be produced to COWDERY pursuant to 18 U.S.C. § 3500 (more commonly referred to as "the Jencks Act"). Moreover, some of the wire communications intercepted pursuant to the aforementioned orders also specifically involve defendant COWDERY. Such intercepted wire communications constitute recorded statements of the defendants that I am advised must be provided pursuant to Federal Rule of Criminal Procedure 16(a)(1)(B).

3:05-mc-00038-JWS                               -5-

Having signed this Affidavit under oath as to all assertions and allegations contained herein, I state that its contents are true and correct to the best of my knowledge, information and belief.

Executed this _22_ day of August, 2008.

MARY BETH KEPNER
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before
me this _22_ day of August, 2008,
at Anchorage, Alaska

**REDACTED SIGNATURE**

United States District Judge
District of Alaska

3:05-mc-00038-JWS                    -6-